FILED
ASHEVILLE, N. C.

DEC - 8 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:05CR 225 |
| | ) | |
| vs. | ) | |
| | ) | |
| NATHANIEL DAVID BIRCHIFIELD | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment and any other related documents be sealed.

THIS the 6th day of December, 2005.

_____
MAGISTRATE JUDGE