FILED
ASHEVILLE, N. C.

DEC 29 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:05CR225 |
| | ) | |
| vs. | ) | **ORDER TO UNSEAL INDICTMENT** |
| | ) | |
| NATHANIEL DAVID BIRCHFIELD | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the above captioned criminal matter.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 28th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE